RECEIVED

JAN 3 1 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>    Plaintiff-in-Interpleader,<br><br>vs.<br><br>JUSTIN JARIN, an individual, CONSTANCE JARIN, an individual, B.F., a minor, and DOES 1 through 10, inclusive,<br><br>    Defendants-in-Interpleader. | CASE NO.: C 11-00428 MEJ<br><br>[~~PROPOSED~~] ORDER DIRECTING DEPOSIT OF INTERPLEADER FUNDS<br><br>[Filed Concurrently with: (1) Notice of Deposit of Interpleader Funds; (2) Complaint-in-Interpleader; (3) Certification of Interested Entities or Persons; and (4) Corporate Disclosure Statement |

ORIGINAL

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10406\053\10pleadings\proposed order notice of deposit.doc

Plaintiff-in-Interpleader Primerica Life Insurance Company, formerly known as Massachusetts Indemnity and Life Insurance Company ("Primerica"), has filed the above-captioned interpleader action pursuant to 28 U.S.C. § 1335 and Rule 22 of the Federal Rules of Civil Procedure. The action relates to the matter of who is entitled to the proceeds of a life insurance policy issued by Primerica. It is therefore appropriate for Primerica to deposit with the Court Clerk the policy proceeds at issue in the action. Accordingly, leave is hereby granted for Primerica, or its authorized agent or representative, to deposit with the Court Clerk a check made payable to the "Clerk, U.S. District Court" in the amount of $157,335.62. This amount represents the policy proceeds at issue, plus interest. Such deposit, if not made and accepted at the time of filing, may be made at any time after this order is signed by the Court.

IT IS SO ORDERED.

DATED: February 1, 2011



UNITED STATES DISTRICT JUDGE
Judge Maria-Elena James

-1-

**Respectfully submitted by:**

Gail E. Cohen (093210),
gcohen@bargerwolen.com
Karen D.M. Denvir (240120),
kdenvir@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Plaintiff-in-Interpleader Primerica Life Insurance Company, formerly known as Massachusetts Indemnity and Life Insurance Company