United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INS. CO., <br>     Plaintiff, <br>   v. <br> JUSTIN JARIN, et al., <br>     Defendants. | No. C 11-00428 CRB <br><br> **ORDER APPOINTING GUARDIAN AD LITEM FOR MINOR CHILD** |

Maria Franco, mother of minor child and nominal Defendant B.F., is hereby appointed B.F.'s Guardian ad Litem in connection with the above-captioned action. See Fed. R. Civ. P. 17.

**IT IS SO ORDERED.**

Dated: June 7, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\428\Order appointing guardian ad litem.wpd