1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>   Plaintiff-in-Interpleader,<br><br>vs.<br><br>JUSTIN JARIN, an individual, CONSTANCE JARIN, an individual, B.F., a minor, and DOES 1 through 10, inclusive,<br><br>   Defendants-in-Interpleader. | CASE NO.: 11-cv-00428-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION OF THE PARTIES FOR:<br><br>1. DISCHARGE AND DISMISSAL OF PRIMERICA WITH PREJUDICE;<br><br>2. DISTRIBUTION OF INTERPLEADED FUNDS;<br><br>3. AWARD OF REASONABLE ATTORNEYS FEES AND COSTS TO PRIMERICA IN THE AMOUNT OF $13,250.00; AND<br><br>4. PERMANENT INJUNCTION<br><br>[Filed Concurrently with Stipulation of the Parties]<br><br>Complaint filed:  January 28, 2011 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

CASE NO.: 11-cv-00428-CRB
[*PROPOSED*] ORDER

Having considered the Stipulation of Plaintiff-in-Interpleader Primerica Life Insurance Company, formerly known as Massachusetts Indemnity and Life Insurance Company ("Primerica") and Defendants-in-Interpleader (1) Justin Jarin, (2) Constance Jarin and (3) B.F., a minor, by her Guardian ad Litem Maria Franco (sometimes collectively "Defendants-in-Interpleader"), the Court **ORDERS** as follows:

1. That Primerica and its agents, attorneys and assigns are discharged of all liability with respect to life insurance policy number 0422050787 issued by Primerica to Lor Jarin (the "Deceased"), out of which the above-referenced interpleader action arises;

2. That Primerica and its agents, attorneys and assigns are dismissed from this action with prejudice as to all claims relating to the Policy proceeds and the Policy issued to the Deceased;

3. That Defendants-in-Interpleader and each of them, their agents, attorneys and assigns, are enjoined perpetually, restraining each of them, their agents, attorneys and assigns, from instituting any suit at law or equity, or action of any kind whatsoever against Primerica and its agents, attorneys and assigns, with respect to the Policy and/or the proceeds of the Policy;

4. That Primerica will be awarded its reasonable attorneys' fees and costs in the amount of $13,250.00, which Primerica was forced to incur in bringing this interpleader action, and which amount will be paid from the Policy proceeds currently on deposit with this Court;

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

5. That on June 7, 2011 this Court entered an Order appointing non-party Maria Franco as the Guardian ad Litem of Defendant-in-Interpleader B.F., a minor, in connection with this interpleader action; [*See* Doc. 48]

6. That pursuant to the Settlement Agreement reached between Defendants-in-Interpleader Justin Jarin, Constance Jarin and B.F., a minor, through her Guardian ad Litem Maria Franco, the Policy proceeds currently on deposit with the Court in the amount of $157,335.62 minus Primerica's fees and costs in the amount of $13,250.00, will be distributed among Defendants-in-Interpleader Justin Jarin and Constance Jarin as follows:

- Defendant-in-Interpleader Justin Jarin will receive **$86,451.37**, which is 60% of the remaining Policy proceeds on deposit with this Court after payment to Primerica of $13,250.00 ($157,335.62 minus $13,250.00 = $144,085.62 and 60% of $144,085.62 = **$86,451.37**); and

- Defendant-in-Interpleader Constance Jarin will receive **$57,634.25**, which is 40% of the remaining Policy proceeds on deposit with this Court after payment to Primerica of $13,250.00 ($157,335.62 minus $13,250 = $144,085.62 and 40% of $144,085.62 = **$57,634.25**); and

7. That per the terms of the above-referenced Settlement Agreement, Defendant-in-Interpleader B.F., through her Guardian ad Litem Maria Franco, waives and disclaims any and all right, title, claim or interest in the Policy at issue in this interpleader action and in the Policy proceeds currently on deposit with this Court;

-2-

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

CASE NO.: 11-cv-00428-CRB
[*PROPOSED*] ORDER

8. That the payment from the Policy proceeds will be made payable and sent as follows:

- <u>Primerica Life Insurance Company.</u>  A check in the amount of $13,250.00 will be made payable to "Primerica Life Insurance Company" and sent c/o Karen Denvir, Esq., Barger & Wolen, LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071;

- <u>Justin Jarin:</u> A check in the amount of $86,451.37 will be made payable to "Vaughn & Associates, Client Trust Account" and sent c/o Kimberly Vaughn, Esq., Vaughn & Associates, 2121 Central Ave., Alameda, California 94501;

- <u>Constance Jarin:</u> A check in the amount of $57,634.25 will be made payable to "The Law Offices of Thomas Byrne, Trust Account" and sent c/o Thomas Byrne, Esq., Law Offices of Thomas F. Byrne, 3510 Unocal Place, Suite 200, Santa Rosa, California 95403; and

**IT IS SO ORDERED.**

Dated: _____July 5_____, 2011



United States District Judge

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

CASE NO.:  11-cv-00428-CRB
[*PROPOSED*] ORDER

**Respectfully submitted by:**

Gail E. Cohen (093210),
gcohen@bargerwolen.com
Karen D.M. Denvir (240120),
kdenvir@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Plaintiff-in-Interpleader
Primerica Life Insurance Company, formerly known as Massachusetts Indemnity and Life Insurance Company

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

CASE NO.: 11-cv-00428-CRB
[*PROPOSED*] ORDER